IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE MARSHALL COUNTY COAL COMPANY, THE MARION COUNTY COAL COMPANY, THE MONONGALIA COUNTY COAL COMPANY, THE HARRISON COUNTY COAL COMPANY, THE OHIO COUNTY COAL COMPANY, MURRAY ENERGY CORPORATION, and ROBERT E. MURRAY, <br><br> Plaintiffs, <br><br> v. <br><br> JOHN OLIVER, CHARLES WILSON, PARTIALLY IMPORTANT PRODUCTIONS, LLC, HOME BOX OFFICE, INC., TIME WARNER, INC., and DOES 1 through 10, <br><br> Defendants. | Civil Action No. 5:17-cv-99 <br><br> (Bailey) |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Home Box Office, Inc. ("HBO") certifies that the ultimate parent company of HBO is Time Warner Inc., a publicly traded company. No publicly-held company owns 10% or more of Time Warner Inc.'s stock.

Dated: June 30, 2017

By: /s/ Robert P. Fitzsimmons

                                        Robert P. Fitzsimmons, Esq.
                                        W. Va. State Bar I.D. #1212
                                        Clayton J. Fitzsimmons, Esq.
                                        W. Va. State Bar I.D. #10823
                                        FITZSIMMONS LAW FIRM, PLLC
                                        1609 Warwood Avenue
                                        Wheeling, WV 26003
                                        Phone: (304) 277-1700
                                        Fax: (304)277-1705
                                        E-mail: bob@fitzsimmonsfirm.com

*Attorneys for Home Box Office, Inc.*

{00236137-1}