IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE MARSHALL COUNTY COAL COMPANY, THE MARION COUNTY COAL COMPANY, THE MONONGALIA COUNTY COAL COMPANY, THE HARRISON COUNTY COAL COMPANY, THE OHIO COUNTY COAL COMPANY, MURRAY ENERGY CORPORATION, and ROBERT E. MURRAY,<br><br>**Plaintiffs,**<br><br>v.<br><br>**JOHN OLIVER, CHARLES WILSON, PARTIALLY IMPORTANT PRODUCTIONS, LLC, HOME BOX OFFICE, INC., TIME WARNER, INC., and DOES 1 through 10,**<br><br>**Defendants.** | Civil Action No.: 5:17-CV-99<br><br>Judge John Preston Bailey<br><br>CIVIL ACTION NO. 17-C-124<br><br>Judge Cramer<br>(Marshall County Circuit Court) |

## PLAINTIFFS' MOTION TO REMAND

Plaintiffs, by counsel, move to remand this civil action back to the Circuit Court of Marshall County, West Virginia pursuant to 28 U.S.C. §1447. As more fully presented in the accompanying memorandum of law in support of the motion to remand, no diversity exists between the parties, and the action was not properly removed to this court. Plaintiffs would further request that any order remanding this action require payment of just costs and expenses, including attorney fees, incurred as a result of the removal pursuant to 28 U.S.C. §1447(c).

Wherefore, plaintiffs request that their motion to remand be granted.

1

10260997 v1

2

Dated: July 7, 2017					Respectfully submitted,


						_____/s/ David L. Delk Jr._____
						Of Counsel for Plaintiff

						Jeffrey A. Grove, Esq. (#6065)
						David L. Delk, Jr., Esq. (#6883)
						GROVE, HOLMSTRAND & DELK, PLLC
						44 1/2 15th Street
						Wheeling, WV 26003
						(304) 905-1961
						(304) 905-8628 (facsimile)

2

10260997 v1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **THE MARSHALL COUNTY COAL COMPANY, THE MARION COUNTY COAL COMPANY, THE MONONGALIA COUNTY COAL COMPANY, THE HARRISON COUNTY COAL COMPANY, THE OHIO COUNTY COAL COMPANY, MURRAY ENERGY CORPORATION, and ROBERT E. MURRAY,** | Civil Action No.: 5:17-CV-99 |
| | Judge John Preston Bailey |
| **Plaintiffs,** | |
| v. | CIVIL ACTION NO. 17-C-124 |
| **JOHN OLIVER, CHARLES WILSON, PARTIALLY IMPORTANT PRODUCTIONS, LLC, HOME BOX OFFICE, INC., TIME WARNER, INC., and DOES 1 through 10,** | Judge Cramer (Marshall County Circuit Court) |
| **Defendants.** | |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Service of the foregoing **PLAINTIFFS' MOTION TO REMAND** was electronically filed with the Clerk of this Court on the 7th day of July, 2017, by using the CM/ECF system who shall provide electronic notice of such filing to the following:

Robert P. Fitzsimmons, Esq.
W. Va. State Bar I.D. #1212
Clayton J. Fitzsimmons, Esq.
W. Va. State Bar I.D. #10823
FITZSIMMONS LAW FIRM, PLLC
1609 Warwood Avenue
Wheeling, WV 26003
**(Counsel for Home Box Office, Inc.)**

                                                         /s/ David L. Delk, Jr.
                                                       Of Counsel for Plaintiffs

Jeffrey A. Grove, Esq. (#6065)
David L. Delk, Jr., Esq. (#6883)
GROVE, HOLMSTRAND & DELK, PLLC
44 1/2 15th Street
Wheeling, WV 26003
(304) 905-1961 / (304) 905-8628 (facsimile)

10260997 v1