## Attachment A

**All matters before West Virginia tribunals or other judicial bodies in which any member of applicant's firm, Williams & Connolly LLP, is or has been involved in the past 24 months:**

### Federal Cases

*Boone County Commission v. AmerisourceBergen Drug Corporation, et al.*, 2:17-cv-020028 (United States District Court for the Southern District of West Virginia).

*Cabell County Commission v. AmerisourceBergen Drug Corporation, et al.*, 3:17-cv-01665 (United States District Court for the Southern District of West Virginia).

*Fayette County Commission v. Cardinal Health, Inc., et al.*, 2:17-cv-01957 (United States District Court for the Southern District of West Virginia).

*The City of Huntington v. AmerisourceBergen Drug Corporation, et al.*, 3:17-cv-01362 (United States District Court for the Southern District of West Virginia).

*Kanawha County Commission v. Rite Aid of Maryland, Inc. dba Rite Aid Mid-Atlantic Customer Support Center, Inc., et al.*, 2:17-cv-01666 (United States District Court for the Southern District of West Virginia).

*Mayor Charles Sparks, on behalf of The Town of Kermit v. McKesson Corporation, et al.*, 2:17-cv-03372 (United States District Court for the Southern District of West Virginia).

*Mayor Vivian Livinggood, on behalf of The Town of Gilbert v. West Virginia Board of Pharmacy, et al.*, 2:17-cv-03369 (United States District Court for the Southern District of West Virginia).

*The County Commission of Lincoln County v. West Virginia Board of Pharmacy, et al.*, 2:17-cv-03366 (United States District Court for the Southern District of West Virginia).

*Logan County Commission v. Cardinal Health, Inc., et al.*, 2:17-cv-02296 (United States District Court for the Southern District of West Virginia).

*The County Commission of McDowell County v. McKesson Corporation, et al.*, 1:17-cv-00946 (United States District Court for the Southern District of West Virginia).

*Wayne County Commission v. Rite Aid of Maryland, Inc. dba Rite Aid Mid-Atlantic Customer Support Center, Inc., et al.*, 3:17-cv-01962 (United States District Court for the Southern District of West Virginia).

*Mayor Reba Honaker, on behalf of City of Welch v. McKesson Corporation, et al.*, 1:17-cv-03364 (United States District Court for the Southern District of West Virginia).

*Pfizer Inc., et al. v. Mylan Inc., et al.*, 1:15-cv-00188-IMK (United States District Court for

the Northern District of West Virginia).

*Pfizer Inc., et al. v. Mylan Inc., et al.*, 1:15-cv-00004-IMK (United States District Court for the Northern District of West Virginia).

**State Cases**
*Mayor Raamie Barker, on behalf of The Town of Chapmanville v. West Virginia Board of Pharmacy, et al.*, 17-C-168 (Circuit Court of Logan County, West Virginia).

*Mayor Robert Carlton, on behalf of The City of Williamson v. West Virginia Board of Pharmacy, et al.*, 17-C-99 (Circuit of Mingo County, West Virginia).

*The County Commission of Mercer County v. West Virginia Board of Pharmacy, et al.*, 17-C-236-DS (Circuit Court of Mercer County, West Virginia).

*In Re: Zoloft Litigation*, 14-C-7000 (Circuit Court of Kanawha County, West Virginia), and related cases including *In Re: Zoloft Litigation, J.C., a minor by and through his mother and next friend, Michelle Cook,* 12-C-146 WNE; *In Re: Zoloft Litigation, D.B., a minor by and through his mother and next friend Nina Brumfield,* 12-C-164 WNE; *In Re: Zoloft Litigation, I.H., a minor by and through her mother and next friend Angela Hughes,* 13-C-229 WNE.