# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

The Marshall County Coal Company; The Marion County Coal Company;
The Monongalia County Coal Company; The Harrison County Coal Company;
The Ohio County Coal Company; Murray Energy Corporation; and Robert E. Murray

Plaintiff(s),

v.

John Oliver; Charles Wilson; Partially Important
Productions, LLC; Home Box Office, Inc; Time Warner, Inc.
and Does 1 through 10

Defendant(s).

CIVIL ACTION NO: 5:17-CV-99

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Kevin T. Baine _____, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: 7-19-2017

United States District Judge