# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE MARSHALL COUNTY COAL COMPANY, THE MARION COUNTY COAL COMPANY, THE MONONGALIA COUNTY COAL COMPANY, THE HARRISON COUNTY COAL COMPANY, THE OHIO COUNTY COAL COMPANY, MURRAY ENERGY CORPORATION, and ROBERT E. MURRAY,<br><br>        Plaintiffs,<br><br>  v.<br><br>JOHN OLIVER, CHARLES WILSON, PARTIALLY IMPORTANT PRODUCTIONS, LLC, HOME BOX OFFICE, INC., TIME WARNER INC., and DOES 1 through 10,<br><br>        Defendants. | Civil Action No. 17-cv-00099<br>Judge John P. Bailey |

## DECLARATION OF DAVID MARTIN

I, David Martin, declare as follows:

1. I am over the age of 18, and the following statements are based on my personal knowledge.

2. I am the CEO of Avalon Television, Inc. Avalon Television, Inc. is incorporated under the laws of California. Avalon Television, Inc. has two offices in the United States, in California and New York. Avalon Television, Inc. is not a citizen of Ohio or West Virginia.

3. Partially Important Productions, LLC is a limited liability company formed under the laws of Delaware. Avalon Television, Inc. is the sole member of Partially Important Productions, LLC.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of July, 2017 at Beverly Hills, California.

David Martin

2