# Exhibit 2

*DVD will be provided*

