# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

THE MARSHALL COUNTY COAL COMPANY, THE MARION COUNTY COAL COMPANY,

THE MONONGALIA COUNTY COAL COMPANY, THE HARRISON COUNTY COAL COMPANY,

HE OHIO COUNTY COAL COMPANY, MURRAY ENERGY CORPORATION, and ROBERT E. MURRAY.

**Plaintiff(s),**

v.

JOHN OLIVER, CHARLES WILSON, PARTIALLY IMPORTANT PRODUCTIONS, LLC, HOME BOX OFFICE, INC., TIME WARNER, INC., and DOES 1 through 10,

**Defendant(s).**

Civil NO: 5:17-CV-99

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Michael J. Barrie _____, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: _____

_____
United States District Judge