# Exhibit B

1.  Delaware (Bar I.D. #4684)
    Office of Disciplinary Counsel
    The Renaissance Centre
    405 North King Street, Suite 420,
    Wilmington, DE 19801
    Telephone: (302) 571-9433

2.  Pennsylvania (Bar I.D. #85625)
    The Disciplinary Board of the Supreme Court of Pennsylvania
    District 1 Office
    1601 Market Street, Suite 3320
    Philadelphia, PA 19103
    Telephone: (215) 560-6296

3.  New Jersey (Bar I.D. #033262000)
    Office of Attorney Ethics of the Supreme Court of New Jersey
    P.O. Box 963
    Trenton, NJ 08625
    Telephone: (800) 406-8594

4.  New York (Bar I.D. #5057450)
    Supreme Court Appellate Division
    First Judicial Dept.
    Attorney Grievance Committees
    61 Broadway, 2nd Floor
    New York, NY 10016
    (212) 401-0800

IN THE CIRCUIT COURT OF MARSHALL COUNTY, WEST VIRGINIA

THE MARSHALL COUNTY COAL COMPANY, THE
MARION COUNTY COAL COMPANY, THE
MONONGALIA COUNTY COAL COMPANY, THE
HARRISON COUNTY COAL COMPANY, THE OHIO
COUNTY COAL COMPANY, MURRAY ENERGY
CORPORATION, AND ROBERT E. MURRAY,

    Plaintiffs,

v.

JOHN OLIVER, CHARLES WILSON, PARTIALLY
IMPORTANT PRODUCTIONS, LLC, HOME BOX
OFFICE, INC., TIME WARNER, INC., and DOES 1
through 10,

    Defendants.

Civil Action No.: 17-C-124

Judge: Jeffrey Cramer

## VERIFIED STATEMENT OF APPLICATION FOR PRO HAC VICE ADMISSION BY MICHAEL J. BARRIE, ESQ.

In accordance with Rule 8.0 of the Rules for Admission to the practice of law, your applicant Michael J. Barrie, Esq., of the law firm of Benesch, Friedlander, Coplan & Aronoff, LLP provides the following verified statement of application:

1. The action in which your applicant requests admission pro hac vice is set forth in the above caption.

2. Your applicant is admitted to practice law in the States of Delaware (Bar I.D. # 4684), Pennsylvania (Bar I.D. # 85625), New Jersey (Bar I.D. # 033262000), and New York (Bar I.D. # 5057450). The name, address, and telephone number of the registration or disciplinary agency for each state is as follows:

   a. Delaware: Office of Disciplinary Counsel, the Renaissance Centre, 405 North King Street, Suite 420, Wilmington, Delaware 19801.

10251793

    b. New Jersey: Office of Attorney Ethics of the Supreme Court of New Jersey, P.O. Box 963, Trenton, New Jersey 08625.

    c. Pennsylvania: The Disciplinary Board of the Supreme Court of Pennsylvania, District 1 Office, 1601 Market Street, Suite 3320, Philadelphia, Pennsylvania 19103.

    d. New York: Supreme Court, Appellate Division, First Judicial Department, Attorney Grievance Committees, 61 Broadway, Second Floor, New York, New York 1006.

3. Responsible local attorneys in this matter will be:

**Jeffrey A. Grove, Esq. ( # 6065)**
**David L. Delk, Esq. (#6883)**
**Grove, Holmstrand & Delk, PLLC**
**44 ½ 15th Street**
**Wheeling, WV 26003**
**(304) 905-1961**

4. Your applicant has not been involved in any matter before West Virginia tribunals in the preceding 24 months.

5. All matters before West Virginia tribunals in which any member of the applicant's firm has been involved in the preceding 24 months are set forth on the attachment hereto.

6. Your applicant is in good standing with the Bars of each stated identified in paragraph two has not been disciplined by any Bar within the preceding 24 months.

7. Your applicant agrees to comply with all laws, rules, and regulations of West Virginia state and local governments, including tax and authorities and any standards for pro bono civil and criminal indigent defense legal services.

8. Attached hereto is a copy of the receipt of your applicant's payment in the amount of $350 which payment was made to the West Virginia State Bar and a copy of this application has been sent to the West Virginia State Bar.

I hereby verify that to the best of my knowledge the matters set forth herein are true and correct.

Michael Barrie, Esq.

STATE OF California,
COUNTY OF Los Angeles to wit:

Acknowledged, subscribed and sworn to before me, a Notary Public, by Michael Barrie this 28 day of June, 2017.

(seal) 

Notary Public: Margaret E. Gazey

My Commission expires: Jan 2, 2018

I hereby agree to participate in this matter as responsible local counsel for the Applicant in accordance with Rule 8 of the rules for Admission to the Practice of Law.

Jeffrey A. Grove, Esq.

David L. Delk, Esq.

| Case Caption | Court and Case Number | Benesch Attorneys Involved |
|---|---|---|
| Kimberly J. Simons v. DISH Network L.L.C. | Circuit Court of Kanawha County, West Virginia, Case No. 15-C-1157 | Eric L. Zalud & Laura E. Kogan |
| Albert Nicholson v. A.O. Smith Corporation, et al. | Circuit Court of Kanawha County, West Virginia, Civil Action No. 16-C-690 KAN | Eric L. Zalud & Anthony C. Sallah |
| David R. Bachner v. A.O. Smith Corporation, et al | Circuit Court of Kanawha County, West Virginia, Civil Action No. 16-C-487 KAN | Eric L. Zalud & Anthony C. Sallah |
| Sherry Pauley, Executrix for the Estate of Helen Chewning v. Lifeline Systems Company. et al. | Circuit Court of Boone County, West Virginia, Civil Action No. 14-C-129 | Brian N. Ramm |
| Ohio Valley Jobs Alliance v. Durham et al. | West Virginia Air Quality Board, Case No. 15-01-AQB | John Stock & Orla Collier |
| ESC Harrison County Power, LLC | Public Service Commission of West Virginia, Case No. 17-0036-E-CS | Matthew D. Gurbach, Gregory T. Frohman, & Emily V. Danford |
| Tammy Horn, Administratrix of the Estate of Franklin Delno Hensley, et. al. v. Robin Industries, Inc., et al., | Circuit Court for Kanawha County, West Virginia, Case No. 12-C-1249 KAN | W. Eric Baisden |
| F.S.T. Inc. d/b/a Tiffany's Dolls Cabaret v. Florence White, et al. v. Joseph Strazzanti | Circuit Court for Hancock County, West Virginia, Case No. 13-C-158 | W. Eric Baisden |
| CCP Worthington 1160 LLC f/k/a ARHC WNPBGWV01, LLC v. PWNR, LLC d/b/a Worthington Nursing & Rehabilitation Center, et al. | Circuit Court of Wood County, West Virginia, Case No. 17-C-42 | Harry M. Brown |
| In re Passage Midland Meadows Operations, LLC | United States Bankruptcy Court for the Southern District of West Virginia, Case No. 17-bk-30092 | William E. Schonberg & Kevin M. Capuzzi |

IN THE CIRCUIT COURT OF MARSHALL COUNTY, WEST VIRGINIA

THE MARSHALL COUNTY COAL COMPANY,
THE MARION COUNTY COAL COMPANY,
THE MONONGALIA COUNTY COAL COMPANY,
THE HARRISON COUNTY COAL COMPANY,
THE OHIO COUNTY COAL COMPANY,
MURRAY ENERGY CORPORATION, and
ROBERT E. MURRAY,

    Plaintiffs,

Civil Action No. 17-C-124
Judge Jeffrey Cramer

v.

JOHN OLIVER, CHARLES WILSON,
PARTIALLY IMPORTANT PRODUCTIONS, LLC,
HOME BOX OFFICE, INC., TIME WARNER, INC.,
and DOES 1 through 10.

    Defendants.

## ORDER

On a former day, the Court considered the Applications for Eric Baisden, Esq., Michael J. Barrie, Esq. and William M. Alleman, Jr., Esq. of the law firm of Benesch, Friedlander, Coplan & Aronoff, LLP, for admission *pro hac vice* in this proceeding on behalf of the Plaintiffs in association with Jeffrey A. Grove, Esq.

The Applications appearing to be in order and the Court being of the opinion that the Applications should be granted, it is hereby

**ORDERED** that Eric Baisden, Esq., Michael J. Barrie, Esq. and William M. Alleman, Jr., Esq. of the law firm of Benesch, Friedlander, Coplan & Aronoff, LLP are hereby admitted *pro hac vice* in the above-styled civil action in association with Jeffrey A. Grove, Esq. of Grove, Holmstrand & Delk, PLLC for all purposes in this proceeding. It is futher

**ORDERED** that Jeffrey A. Grove, Esq. and/or David L. Delk, Jr., Esq. shall be required to attend all hearings, depositions, trials, or other proceedings actually conducted before the Court in this litigation.

**ENTERED** this _____ day of June, 2017.

_____
HONORABLE JEFFREY CRAMER

Thank You for Your Payment | The West Virginia State Bar Membership Portal          Page 1 of 2

M. Barrie
38413.118



Michael J Barrie
Log out

## Thank You for Your Payment

Thank you for submitting your Pro Hac Vice annual fee.

Your transaction has been processed successfully. Please print this page for your records.
An email receipt has also been sent to mbarrie@beneschlaw.com

### Membership Fee

| Item | Fee |
|---|---|
| Annual Fee - Pro Hac Vice - Credit Card | $ 358.00 |

**Membership Fee Total: $ 358.00**

Date: June 27th, 2017 8:33 AM
Transaction #: 40165765799

### Out of State Membership Detail

Membership Start Date    2017-06-23

Membership End Date    2018-06-22

Billing Name and Address

BFCA Delaware Ofc
200 Public Square, Ste. 2300
Cleveland, OH 44114

Your Email

mbarrie@beneschlaw.com

Credit Card Information

Thank You for Your Payment | The West Virginia State Bar Membership Portal          Page 2 of 2

Amex
\*\*\*\*\*\*\*\*\*\*\*3000
Expires: April 2019

All Contents Copyright © 2017, The WV State Bar. All Rights Reserved.
The West Virginia State Bar | 2000 Deitrick Boulevard, Charleston, WV 25311-1231
Toll Free: 866-989-8227| Phone: 304-553-7220

Click here for assistance if you are having technical difficulties or have questions.

Case 5:17-cv-00099-JPB Document 1-1 Filed 06/30/17 Page 25 of 107 PageID #: 36

ORDERED that Jeffrey A. Grove, Esq. and/or David L. Delk, Jr., Esq. shall be required to attend all hearings, depositions, trials, or other proceedings actually conducted before the Court in this litigation.

ENTERED this 30th day of June, 2017.

HONORABLE JEFFREY CRAMER

A Copy Teste:
Joseph M. Ruckl, Clerk
By Donna Crouse Deputy

IN THE CIRCUIT COURT OF MARSHALL COUNTY, WEST VIRGINIA

FILED
2017 JUN 30 AM 10: 25
JOSEPH M. RUCKI

THE MARSHALL COUNTY COAL COMPANY,
THE MARION COUNTY COAL COMPANY,
THE MONONGALIA COUNTY COAL COMPANY,
THE HARRISON COUNTY COAL COMPANY,
THE OHIO COUNTY COAL COMPANY,
MURRAY ENERGY CORPORATION, and
ROBERT E. MURRAY,

    Plaintiffs,

Civil Action No. 17-C-124
Judge Jeffrey Cramer

v.

JOHN OLIVER, CHARLES WILSON,
PARTIALLY IMPORTANT PRODUCTIONS, LLC,
HOME BOX OFFICE, INC., TIME WARNER, INC.,
and DOES 1 through 10,

    Defendants.

### ORDER

On a former day, the Court considered the Applications for Eric Baisden, Esq., Michael J. Barrie, Esq. and William M. Alleman, Jr., Esq. of the law firm of Benesch, Friedlander, Coplan & Aronoff, LLP, for admission *pro hac vice* in this proceeding on behalf of the Plaintiffs in association with Jeffrey A. Grove, Esq.

The Applications appearing to be in order and the Court being of the opinion that the Applications should be granted, it is hereby

ORDERED that Eric Baisden, Esq., Michael J. Barrie, Esq. and William M. Alleman, Jr., Esq. of the law firm of Benesch, Friedlander, Coplan & Aronoff, LLP are hereby admitted *pro hac vice* in the above-styled civil action in association with Jeffrey A. Grove, Esq. of Grove, Holmstrand & Delk, PLLC for all purposes in this proceeding. It is futher

ORDERED that Jeffrey A. Grove, Esq. and/or David L. Delk, Jr., Esq. shall be required to attend all hearings, depositions, trials, or other proceedings actually conducted before the Court in this litigation.

ENTERED this 30th day of June, 2017.

HONORABLE JEFFREY CRAMER

A Copy Teste:
Joseph M. Rucki, Clerk
By Donna Crouch Deputy