IN THE CIRCUIT COURT OF MARSHALL COUNTY, WEST VIRGINIA

THE MARSHALL COUNTY COAL COMPANY, *et al.*

    Plaintiffs,

v.

JOHN OLIVER, *et al.*

    Defendants.

Civil Action No.: 17-C-124

Judge: Cramer

### AFFIDAVIT OF HEATHER SANTINI

I, Heather Santini, being duly sworn, state as follows:

1. I am over the age of 21.

2. I am a receptionist at the Murray Energy Corporation ("Murray Energy") and have worked for Murray Energy since 2012. As part of my job, I am responsible for receiving in-bound telephone calls to Murray Energy.

3. I am authorized to submit this Affidavit on behalf of Murray Energy. The facts attested to in this Affidavit are true and correct to the best of my knowledge, information, and belief. I make this Affidavit based on personal knowledge, information provided to me in company documents, my review of publicly available information, and communications with company personnel in the ordinary course of my duties. I offer this Affidavit in support of Murray Energy's Motion for a Preliminary Injunction.

4. Since the June 18, 2017 airing of Defendants' episode of Last Week Tonight with John Oliver (the "Broadcast"), Murray Energy has been inundated with harassing and malicious telephone calls. In the matter of a few hours, Murray Energy received over 50 calls. For example, one caller wished death on Bob Murray. Other harassing statements included:

- Multiple callers exclaiming "Tell Bob Murray to eat shit!" or "Eat shit, Bob!";
- One caller stating that "your owner is a pussy and he's fat!";
- Another caller asked an employee if she liked working for a company that was destroying the planet;
- One stated that "Murray Energy is a lying piece of shit";
- One person congratulated Mr. Murray on being probably one of the most heartless people alive to watch so many of his employees die;
- A group called on speaker phone demanding Plaintiffs' employee to "justify to the whole room why you like working at Murray Energy" and then demanded that she repeat her positive answer "to all the miners, that Bob Murray took all the black lung insurance from.";
- One stated his desire to "tell Bob Murray to eat shit and kiss my ass!";
- One condemned an employee, explaining that "you should be ashamed of yourself for working for a company like Murray Energy"
- Multiple callers asked "Is Dr. Evil in?";
- One stated "you're a worthless piece of shit"
- Others demanded that Plaintiffs "stop with their bullshit lawsuits" or asked "Why are you suing John Oliver?"
- One threatened employees "to watch their back";
- One stated "hope your CEO goes to Hell";
- One explained "this is a squirrel, F@@@ you Bob, F@@@ you Bob!";
- Another called a receptionist "a F@@@ing Bitch," among other derogatory terms;

5. These telephone calls are a representative sample of what Murray Energy has received since the initial Broadcast, and the attacks have intensified since Plaintiffs commenced the above-captioned lawsuit, including demands to "Drop the lawsuit."

6. Additionally, after the Complaint was filed on June 21, 2017, one prospective employee telephoned Murray Energy about being unable to view current job postings on the

2

company's website. I responded that the company website was temporarily down and explained the cause. That individual responded that he did not want to work for a company under those circumstances.

7. I was also frightened to hear that Mr. Murray's son received a death threat on his mobile telephone following the Broadcast.

8. I have also reviewed Murray Energy's Facebook website. Numerous harassing messages have been posted on Murray Energy's Facebook website since the Broadcast. Among other comments, Facebook users have left messages saying, among other things regarding Mr. Murray:

- "Criminal"
- "Clown"
- "Should be imprisoned"
- "Thief"
- "Liar"
- "This man should not be operating mines of any kind"
- "Scum"
- "He's murdering people"
- "Pig"
- "Greedy"
- "Avaricious"
- "Soul less"
- "Corporate hack"
- "A sleaze"
- "Clueless"
- "All Murray wants is money"
- "Rich greedy a**hole"
- "Despot"
- "Puts his Employees in direct danger"
- "Uses illegal mining practices"
- "Is responsible for coal miner's deaths!"
- "POS"
- "ordered ' Retreat Mining ' to extract the most profit from the Crandall mine against OSHA Regulations."

9. The Facebook messages also referred to Murray Energy and stated:

3

- "Companies who don't give a plug nickel about the employees"
- "The Utah mine that that pulled down the mountain on top of the workers killing them and then 3 more trying to rescue them"
- "Is responsible for coal miner's deaths!"

10. Comments posted on other social media, such as YouTube and Twitter, reflect a similar level of vitriol, including wishes of death to Mr. Murray, and other threats and harassment, such as the following:



Hoa Sinn S:a6 days ago
If bob really does sue John Oliver, they can kiss their servers goodbye as they will crash everyday
Reply 24



jasonlaroie 5 days ago
The Murry Energy Corp website is crashed now. Well done internet! I wanted to send an "Eat Shit Bob," email to them but apparently I'm too late.
Reply 39

**AFFIANT FURTHER SAYETH NAUGHT.**

_____
HEATHER SANTINI

SWORN TO AND subscribed before me this 26th day of June, 2017.

_____
NOTARY PUBLIC

GARY M. BROADBENT
Notary Public, State of Ohio
My Commission Has No Expiration Date

4