IN THE CIRCUIT COURT OF MARSHALL COUNTY, WEST VIRGINIA

THE MARSHALL COUNTY COAL COMPANY, *et al.*

    Plaintiffs,

v.                                                                Civil Action No.: 17-C-124

JOHN OLIVER, *et al.*                                       Judge: Cramer

    Defendants.

## AFFIDAVIT OF ROBERT E. MURRAY

I, ROBERT E. MURRAY, being duly sworn, state as follows:

1. I make this Affidavit based on personal knowledge and the facts attested to in this Affidavit are true and correct to the best of my knowledge, information, and belief.

2. I am 77 years old. I have been diagnosed with idiopathic pulmonary fibrosis, a chronic, progressive and ultimately fatal disease of the lungs which impairs my ability to oxygenate my bloodstream. My doctors have told me that, as a result of this disease, my life expectancy is significantly reduced, to approximately two years, absent aggravating factors that could shorten it further.

3. I rely on an oxygen tank to survive and my doctors have told me that I need a transplant to replace both of my lungs. My doctors have also told me to reduce my stress, because significant stress could exacerbate my pulmonary fibrosis, further damage my heart and lungs, and further shorten my life.

4. The John Oliver Show segment about me that aired on June 18, 2017 has resulted in one of the most stressful periods of my life, perhaps exceeded only by the tragedy of the collapse of the Crandall Canyon Mine in 2007.

1

5. The things that were said about me and the way I was mocked and lied about in front of millions of people was a terrible thing that I would not wish on anyone. To know that the world has been falsely sent the message that you are a villain and that you should be laughed and despised would be a hard thing for anyone. And then to receive emails and phone calls filled with hate, even wishing death upon me, is even more difficult to bear, as it would be for anyone.

6. Given that I was falsely portrayed to the world as a despicable man, and in light of all the hate that has been spewed at me since, I fear for my safety. I have increased my personal security measures, but I do not feel that I can be made safe when I do not know who among the anonymous millions that have seen that show are the ones that wished me harm or may actually harm me.

7. I have also had increased trouble breathing. While I relied heavily on my oxygen tank before the show, this week I have had to increase the oxygen flow settings to 6.5 liters per minute, well above what was necessary for me to function previously. Since the show, I have also had to use my oxygen tank nearly full-time, with only short breaks. I recently appeared on Fox Business and had to keep my oxygen close, inhaling oxygen right up to the time of airing and then immediately after.

8. I have also been unable to work at the same level I could before the show. Unlike before, I now have had no choice but to cut meetings short so I can lie down and rest.

9. This past week, when I arrived home from work, I could barely put one foot in front of the other.

**AFFIANT FURTHER SAYETH NAUGHT.**

Robert E. Murray

SWORN TO AND subscribed before me this 26th day of June, 2017.

*[Notary seal: PATSY L. JENKINS, Notary Public, State of Ohio, My Commission Expires August 24, 2019]*

_____
NOTARY PUBLIC

3