IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE MARSHALL COUNTY COAL COMPANY, THE MARION COUNTY COAL COMPANY, THE HARRISON COUNTY COAL COMPANY, THE OHIO COUNTY COAL COMPANY, MURRAY ENERGY CORPORATION, and ROBERT E. MURRAY,<br><br>      Plaintiffs,<br><br>  v.<br><br>JOHN OLIVER, CHARLES WILSON, PARTIALLY IMPORTANT PRODUCTIONS, LLC, HOME BOX OFFICE, INC., TIME WARNER INC., AND DOES 1 through 10,<br><br>      Defendants. | Civil Action No: 17-cv-00099<br><br>Hon. John P. Bailey |

## MOTION FOR LEAVE TO FILE BRIEF AMICUS CURIAE

  The American Civil Liberties Union of West Virginia Foundation respectfully moves this Court for leave to file the attached Proposed Brief Amicus Curiae on Behalf of the American Civil Liberties Union of West Virginia Foundation due to the interest the organization has in the social, legal, and public policy implications generated by this decision. The American Civil Liberties Union of West Virginia Foundation ("ACLU-WV") is a nonprofit, nonpartisan organization dedicated to the principles of liberty and equality embodied in the United States Constitution, the West Virginia Constitution, and our nation's civil rights laws. The ACLU-WV has long been dedicated to protecting the freedom of speech enshrined in the First Amendment to the United States Constitution and Article III, Section 7 of the West Virginia Constitution. The ACLU-WV is requesting permission to file this brief in accordance with Federal Rule of Civil

Procedure 29(a). This brief was authored by staff counsel for the ACLU-WV and no party, party's counsel, or other person authored any parts of the brief or contributed money intended to fund preparing or submitting the brief.

Dated: August 1, 2017                               Respectfully submitted,

/s/ Jamie Lynn Crofts
Jamie Lynn Crofts
West Virginia Bar No. 12730
ACLU of West Virginia Foundation
P.O. Box 3952
Charleston, WV 25339-3952
(304) 345-9246, ext. 102 /
(304) 345-0207 (f)
jcrofts@acluwv.org

*Counsel for ACLU-WV*

## CERTIFICATE OF SERVICE

I, Jamie Lynn Crofts, do hereby certify that on August 1, 2017, I electronically filed a true and exact copy of this MOTION FOR LEAVE TO FILE BRIEF AMICUS CURIAE with the Clerk of Court using the CM/ECF System, with copies provided to:

David L. Delk , Jr.
Grove & Delk, PLLC
44 1/2 15th Street
Wheeling, WV 26003
ddelk@grovedelklaw.com

Jeffrey A. Grove
Grove & Delk, PLLC
44 1/2 15th Street
Wheeling, WV 26003
jgrove@grovedelklaw.com

Clayton J Fitzsimmons
Fitzsimmons Law Firm, PLLC
1609 Warwood Ave
Wheeling, WV 26003
clayton@fitzsimmonsfirm.com

Holly Suzanne Planinsic
Herndon, Morton, Herndon & Yaeger
83 Edington Lane
Wheeling, WV 26003
hplaninsic@hmhy.com

Robert P. Fitzsimmons
Fitzsimmons Law Firm, PLLC
1609 Warwood Ave
Wheeling, WV 26003
bob@fitzsimmonsfirm.com

/s/ Jamie Lynn Crofts
Jamie Lynn Crofts
West Virginia Bar No. 12730
ACLU of West Virginia Foundation
P.O. Box 3952
Charleston, WV 25339-3952
(304) 345-9246, ext. 102 /