●●●○○ AT&T LTE     4:08 PM

**Tweet**


**Jamie Lynn Crofts**
@jamielynncrofts

Soooo, I got to write the most fun amicus brief ever. hollywoodreporter.com/thr-esq/aclu-c... #ACLUWV #EatShitBob 💩



Reply to Jamie Lynn Crofts, Holl...

Home   Explore   Notifications   Messages   Me


PLAINTIFF'S EXHIBIT C