# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF WEST VIRGINIA

Cheryl Dean Riley
Clerk of Court

**OFFICE OF THE CLERK OF COURT**
**POST OFFICE BOX 471**
**WHEELING, WEST VIRGINIA 26003**
(304) 232-0011
Facsimile (304) 233-2185

Michelle Widmer-Eby
Chief Deputy Clerk

August 10, 2017

Joseph M. Rucki, Clerk
Circuit Court of Marshall County
600 Seventh Street
Moundsville, WV  26041

RE: (Case Style Marshall Co. Coal Comp, et al. v. HBO,)
NDWV Civil Action No. 5:17-cv-99
Marshall Co. Civil Action No: 17-C-124

Dear Mr/Ms Rucki:

Enclosed please find a certified copy of the order remanding the above case to your court along with a certified copy of our docket sheet. Should you need anything further, please feel free to call.

Thank you for your attention this matter.

Sincerely,

Cheryl Dean Riley, Clerk

BY /s/ N.M. Maxwell
Deputy Clerk

enclosures
cc: case file

I acknowledged receipt of the documents described herein.
Clerk, Circuit Court, Marshall County, WV

Date Received _____ By:_____

P.O. Box 2857
Clarksburg, WV 26302
(304) 622-8513

P.O. Box 1518
Elkins, WV 26241
(304) 636-1445

217 W. King Street
Martinsburg, WV 25401
(304) 267-8225